IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL M. GORDON                                                                PLAINTIFF

v.                                          Case No. 13-6053

LECA LEDBETTER, Court
Reporter                                                                      DEFENDANT

## ORDER

Now on this 8th day of July 2014, there comes on for consideration the report and recommendation filed herein on April 14, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 23). Also before the Court are Plaintiff's Objections (doc. 25) and Defendant's Objections (doc. 26).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (doc. 15) is GRANTED as to any claims arising out of Plaintiff's underlying state court conviction and sentence, and those claims are DISMISSED WITH PREJUDICE. The motion (doc. 15) is DENIED as to Plaintiff's claims stemming from inaccuracies or falsification of transcripts in the civil matters, and Plaintiff is permitted to proceed with those claims.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**