IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL M. GORDON                                                              PLAINTIFF

v.                              No. 13-6053

LECA LEDBETTER, Court Reporter                                              DEFENDANT

### ORDER

Now on this 13th day of August 2015, there comes on for consideration the report and recommendation filed herein on July 13, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 60). Also before the Court are Plaintiff's objections (doc. 61).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion for summary judgment (doc. 46) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**